THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Gregory
 Johnston, Appellant,
 v.
 South Carolina
 Department of Corrections, Respondent.
 
 
 

Appeal From Administrative Law Court
  Ralph K. Anderson, III, Administrative
Law Court Judge

Unpublished Opinion No.  2011-UP-114
 Submitted March 1, 2011  Filed March 22,
2011

AFFIRMED

 
 
 
 Gregory Johnston, pro se, for Appellant.
 Christopher D. Florian, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Gregory Johnston appeals the Administrative Law
 Court's (ALC) order dismissing the appeal of his prison disciplinary action. 
 Johnston argues the ALC erred in holding substantial evidence supported the finding
 of the Department of Corrections that he possessed a weapon and deduction of his
 good time credit.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Code
 Ann. § 1-23-610(B) (Supp. 2010) (limiting reversal of findings of fact unless
 "clearly erroneous in view of the reliable, probative, and substantial
 evidence on the whole record"); Al-Shabazz v. State, 338 S.C. 354,
 369, 379-80, 527 S.E.2d 742, 750, 755-56 (2000) (holding that the
 Administrative Procedure Act conforms with the minimal due process guaranteed
 in prison disciplinary actions involving the deduction of good time credit).
AFFIRMED.
FEW, C.J., THOMAS and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.